Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re Subpoena to VeriFone, Inc.

Plaintiff(s),

v.

Defendant(s).

Case No: 5:18-mc-80087

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John G. Papianou, an active member in good standing of the bar of PENNSYLVANIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: VERIFONE, INC. in the above-entitled action. My local co-counsel in this case is RYAN J. MARTON, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street, Philadelphia, PA 19103 | Marton Ribera Schumann & Chang LLP<br>548 Market St, Suite 36117, S.F., CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (215) 772-7389 | (415) 360-2515 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jpapianou@mmwr.com | ryan@martonribera.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 88149.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/30/18

John G. Papianou
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of John G. Papianou is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*John G. Papianou, Esq.*

**DATE OF ADMISSION**

*December 3, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  May 23, 2018

*Patricia Johnson* (signature)

Patricia A. Johnson
Chief Clerk